THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:19-cv-00007-MR

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| **APPROXIMATELY $13,205.54 IN U.S. CURRENCY SEIZED FROM RAHKIM FRANKLIN ON AUGUST 21, 2018 IN RUTHERFORD COUNTY, NORTH CAROLINA,** | ) ) ) ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court *sua sponte.*

This matter is currently scheduled for a bench trial to begin on Monday, November 16, 2020. The parties have advised the Court that the Claimant Rahkim Franklin has tested positive for the coronavirus and is currently in quarantine. To ensure the health and safety of the litigants as well as the Court's personnel, the Court finds that a continuance of the trial is warranted.

Accordingly, **IT IS, THEREFORE, ORDERED** that this matter is hereby **CONTINUED** to the January 11, 2021 mixed trial term. The parties will be notified at a later time of the exact date of the rescheduled trial.

**IT IS SO ORDERED**.

Signed: November 13, 2020

Martin Reidinger
Chief United States District Judge